**Opinion issued September 19, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00703-CR

————————————

## IN RE BENEDICT CHINONSO EMESOWUM, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION[1]

Relator Benedict Emesowum has filed a pro se petition and supplemental petition for writ of mandamus requesting that we (1) compel the trial court to order production of discovery material, (2) stay all proceedings in the trial court, (3) prevent the trial court from retaliating against him, and (4) compel the trial court to

---

[1] The underlying case is *State v. Emesowum*, cause number 1849562, pending in the County Criminal Court at Law No. 10 of Harris County, Texas, the Hon. Sherman A. Ross presiding.

release to relator the subpoenaed medical records of the complainant. We deny

relator's petition.

## PER CURIAM

Panel consists of Justices Jennings, Brown and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).